IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-110-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH WAID, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court following administrative telephonic conference with the parties, at which case scheduling issues were discussed. Of the court's own initiative, with consent of the parties and in the interests of justice, the trial in this matter is hereby continued. In consideration of the scheduling issues discussed at conference, the court now sets trial to begin at 9:30 a.m. on **September 27, 2010** at the United States Courthouse, New Bern, North Carolina. Any additional jury instructions, voir dire requests, written motions, or trial briefs shall be filed by September 20, 2010.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 16th day of July, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge